## BANK OF TAFT v. THOMPSON *et al.*

No. 1478.    Opinion Filed November 14, 1911.

(119 Pac. 124.)

APPEAL AND ERROR—Dismissal—Failure to File Briefs.  Dismissed for failure to file briefs within the time limited by rule 7 of the Supreme Court (20 Okla. viii, 95 Pac. vi).

(Syllabus by the Court.)

*Error from District Court, Muskogee County; John H. King, Judge.*

Action between the Bank of Taft and William Thompson and Walter Dills.   From the judgment, the Bank of Taft brings error.   Dismissed.

*Carl Pursel,* for plaintiff in error.

*Benj. Martin, Jr.,* for defendants in error.

KANE, J.    This cause comes on to be heard upon motion of the defendants in error to dismiss the appeal, for the reason that the plaintiff in error has failed to observe rule 7 of this court (20 Okla. viii, 95 Pac. vi) in not filing briefs within the required time. An examination of the record shows that the plaintiff in error is in default in regard to filing briefs, although the time for doing so has expired.

The motion to dismiss must be sustained.

TURNER, C. J., and DUNN and HAYES, JJ., concur; WILLIAMS, J., absent.